Robert Baker
2069 N. Beverly Glen Blvd
Los Angeles, CA. 90077
310-746-6191
310-234-1241 (Fax)
Robert Baker. Executor@gmail.com

FILED
2014 MAY 22 PM 3:23

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Robert Baker, an individual,

PLAINTIFF/PETITIONER,

v.

American Express, Inc. et al

DEFENDANT(S).

CASE NUMBER

CV14-03956

REQUEST TO PROCEED
IN FORMA PAUPERIS WITH
DECLARATION IN SUPPORT

I, Robert Baker, declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed? ☒Yes ☐No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. Self Employed: 11110 Ohio Ave #202; L.A., CA. 90025

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, *within the past twelve months*, any money from any of the following sources?

   a. Business, profession or form of self-employment?   ☒Yes ☐No
   b. Rent payments, interest or dividends?   ☐Yes ☒No
   c. Pensions, annuities or life insurance payments?   ☐Yes ☒No
   d. Gifts or inheritances?   ☐Yes ☒No
   e. Any other income (other than listed above)?   ☐Yes ☐No
   f. Loans?   ☒Yes ☐No

If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: Profession: 1100 / per month; Loans 2100 / per Month

---

REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT

CV-60 (04/06)

Page 1 of 2

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☒Yes ☐No

   If the answer is yes, identify each account and separately state the amount of money held in **each** account for each of the *six (6) months prior* to the date of this declaration.

   Checking account: $210-

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒Yes ☐No

   If the answer is yes, describe the property and state its approximate value: Automobiles: 3000; one car; 2500/2 car.

5. In what year did you last file an Income Tax return? 2012

   Approximately how much income did your last tax return reflect? -$2310

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:

   Jane Cantrell Baker - $1500/month.

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

_____California_____          _____Los Angeles_____
          State                        County (or City)

I, __Robert Baker_____, declare under penalty of perjury that the foregoing is true and correct.

_____5-21-2014_____          _____Robert Baker_____
        Date                        Plaintiff/Petitioner (Signature)